UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO P. SILVA,<br><br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. EDCV 13-0541-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: December 30, 2013

                                                      */s/ John E. McDermott*
                                                     JOHN E. MCDERMOTT
                                        UNITED STATES MAGISTRATE JUDGE